IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **DOUGLAS LEE FREEMAN,** | ) | |
| Plaintiff, | ) | Civil Case No. 7:16cv00061 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **HAROLD CLARKE,** *et al.*, | ) | By: Norman K. Moon |
| Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** as follows:

1. The plaintiff's affidavits/motions for entry of default (docket nos. 24 and 25) are **DENIED**;

2. Defendants' motion for summary judgment (docket no. 18) is **GRANTED**; and

3. The Clerk shall **STRIKE** this case from the active docket of the court.

**ENTER**: This 27th day of February, 2017.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE